**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DAVID GEORGE LUSICK, | : | No. 305 EAL 2018 |
| Petitioner | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| LYNNE ABRAHAM, ELIZABETH VARKI JOBES, JOHN HUNTER BENNETT, THOMAS DOLGENOS, ROBERT M. FALIN, RONALD EISENBERG, ARNOLD GORDON, LYNNE HERBERT O'CONNOR, KAREN BRANCHEAU, HUGH J. BURNS, BRAD BENDER, ANDREW KLEIN, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Leave for Permission to File Request for Lower Court to Send Certified Docket Entries to Court and Petitioner and Transcripts from March 2017 Hearing before Judge Roxanne Covington and Petition for Allowance of Appeal are **DENIED**.